IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIE GREGORY                                                      PLAINTIFF

v.                          No. 3:15-cv-367-DPM

RYDER TRUCK RENTAL, INC.;
BRANDON GOODWIN; JOHN DOES,
1–5; EXCEL TRANSPORT, LLC; and
TRUCK LEASE COMPANY, LLC                                          DEFENDANTS

## JUDGMENT

The second amended complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 June 2017